IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-1650-WYD-MJW

KIMBERLY HASTINGS,

    Plaintiff,

v.

US FOODS, INC.,

    Defendant.

---

### ORDER

---

This matter is before the Court on Defendant's Unopposed Motion to Withdraw Defendant's Partial Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction Without Prejudice (ECF No. 24), filed on November 12, 2015.  Defendant's Motion (ECF No. 24) is hereby **GRANTED**.

    Dated:  November 17, 2015

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge