IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-1650-WYD-MJW

KIMBERLY HASTINGS,

    Plaintiff,

v.

US FOODS, INC.,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss the Fourth Claim for Relief from the Complaint (ECF No. 23), filed on November 12, 2015. Plaintiff moves to dismiss her fourth claim for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  Plaintiff's Motion (ECF No. 23) is hereby **GRANTED**.

    Dated:  November 17, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge