IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01650-WYD-MJW

KIMBERLY HASTINGS,

Plaintiff,

v.

US FOODS, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff Kimberly Hastings' Unopposed Motion to File Amended Complaint (Docket No. 27) is granted. The tendered First Amended Complaint (Docket No. 27-2) is accepted for filing as of the date of this Minute Order.

Date: January 8, 2016