IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01650-WYD-MJW

KIMBERLY HASTINGS,

Plaintiff,

v.

US FOODS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 33) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 33-1) is APPROVED as amended in paragraph 15 and made an Order of Court.

Date: March 28, 2016